**00 12591 NG**

AO 243 (Rev. 5/85)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | **District** Massachusetts | |
|---|---|---|
| **Name of Movant** Leonard Ryan Vargus | **Prisoner No.** 21791-038 | **Case No.** 97-10134(NG) |
| **Place of Confinement** FCI Schuylkill, P.O. Box 759, Minersville, Pa. 17954 | | |

| UNITED STATES OF AMERICA | V. | Leonard Ryan Vargus |
|---|---|---|
| | | (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____

   United States District Court, District of Massachusetts, Boston, Mass.

2. Date of judgment of conviction _____ December 17, 1999 _____

3. Length of sentence _____ 151 months _____

4. Nature of offense involved (all counts) _____ Conspiracy to distribute marijuana in

   violation of 21 U.S.C. § 846; Money laundering in violation of

   18 U.S.C. § 1956(h)

   _____

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   N/A

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

RECEIPT # _____
AMOUNT $ _____ N/A _____
SUMMONS ISS. _____
LOCAL RULE 4.1 _____
WAIVER OF SERV. _____
MCF ISSUED _____
/ _____ OPT 121 _____
L _____ Y CLK _Eric Schm..._
DATE _____ 12/20/00 _____

(2)

AO 243 (Rev. 5/85)

9.  If you did appeal, answer the following:

    (a) Name of court _____

                                  N/A

    (b) Result _____

    (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a)(1) Name of court _____

       (2) Nature of proceeding _____

                                  N/A

       (3) Grounds raised _____

                       _____

                       _____

                       _____

                       _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes ☐  No ☐

       (5) Result _____

       (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Nature of proceeding _____

                       _____

      (3) Grounds raised _____

                       _____

                       _____

                       _____

                       _____

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) Fi.. .t petition, etc.      Yes ☐ No ☐
(2) Second petition, etc.      Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: __Denial of Effective Assistance of Counsel__

Supporting FACTS (state *briefly* without citing cases or law) _____

Counsel erroneously advised Petitioner to withhold facts from the

Court during allocution speech at sentencing.  Counsel's error

deprived Petitioner his right to full allocution, which in turn

deprived the Court of important evidence it could have relied upon

to legally impose a more lenient sentence.

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

D.  Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing ___ Eddie Boyer, Esquire
(address unknown)

(b) At arraignment and plea ___ Eddie Boyer, Esquire
(address unknown)

(c) At trial ___ Timothy O'Connell
C-3 Shipway Place, Charlestown, Mass. 02129

(d) At sentencing ___ Timothy O'Connell
C-3 Shipway Place, Charlestown, Mass. 02129

AO 243 (Rev. 5/85)

(e) On appeal_____ N/A

_____

(f) In any post-conviction proceeding _____ N/A

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____ N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_December 11, 2000_
(date)

_L. Ryan Vespers_
Signature of Movant